# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| LIV TRANSPORTATION INC., | |
| Plaintiff, | |
| v. | |
| ROBERT STONE and STI FREIGHT | CASE NO.: 1:23-cv-00899-PLM- |
| MANAGEMENT INC., | SJB |
| Defendants. | |
| | HON.  PAUL L. MALONEY |

## PROOF OF SERVICE

On the date below, the undersigned, employed in the offices of Bolhouse, Hofstee & McLean, P.C., served the *Defendants' Rule 26(a) Disclosures and Proof of Service* to

**Jacqueline Satherlie**       **jsatherlie@wsjlawfirm.com;**

**Emily Womack**       **ewomack@wsjlawfirm.com;**

**Elliot Wiczer**       **ewiczer@wsjlawfirm.com**

I declare that the statements above are true to the best of my information, knowledge and belief.

Date: February 29, 2024

*/s/ Michelle M. McLean*
Michelle M. McLean